UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Venue

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 09-00323-2 SI |
| ) | |
| SHAMEKA KNIGHT ) | |

## LOCATION MONITORING ORDER

ON MOTION OF THE COURT, the offender shall consent to be monitored by the form of location monitoring indicated below and shall abide by all of the requirements established by the probation office related to the use of this location monitoring technology for a period of up to 90 days. The participant shall pay all or part of the cost of participation in the location monitoring program, based on their ability to pay as directed by the probation officer.

- Location monitoring technology at the discretion of the probation officer

  The defendant is restricted to her residence everyday from 8:00 p.m. to 8:00 a.m. everyday with the exception of Thursdays when she is restricted to her residence from 9:00 p.m. to 8:00 a.m..

Date: July 13, 2012

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE